# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 6:08-bk-04327-KSJ |
| MIRABILIS VENTURES, INC., | CHAPTER 11 |
| Debtor. | |
| _____/ | |
| MIRABILIS VENTURES, INC., | Adversary Proc. No.: 6:10-ap-00140-KSJ |
| Plaintiff, | |
| v. | |
| RON SACHS COMMUNICATIONS INC., a Florida corporation, | |
| Defendant. | |
| _____/ | |

## NOTICE OF FILING EXHIBITS TO COMPLAINT

Plaintiff, Mirabilis Ventures, Inc., hereby gives notice of the filing of the attached Exhibits to the Complaint to Set Aside Fraudulent Transfers (DE1).

                                                **BROAD AND CASSEL**
                                                Attorneys for Plaintiff
                                                390 North Orange Avenue, Suite 1400
                                                Orlando, Florida 32801
                                                PO Box 4961 (32802-4961)
                                                Telephone:    (407) 839-4200
                                                Facsimile:    (407) 650-0927

                                                By:       */s/ Nicolette C. Vilmos*
                                                            Nicolette C. Vilmos, Esquire
                                                            Florida Bar No 0469051
                                                            nvilmos@broadandcassel.com

4844-1578-8294.1
43582/0013

Save this Copy for your records.



**FIFTH THIRD BANK**

12631125

CASHIER'S CHECK - Customer Receipt

January 10, 2008

Pay to the Order of: Ron Sachs Communications***

$*******30,000.00

Amount: THIRTY THOUSAND 00/100 US DOLLARS

Memo: Fees-3 months
Purchased by: AEM, INC.
Transaction #: 258083401
Cost Center: 44320
Method of Purchase: Transfer

**NON-NEGOTIABLE**

The purchase of a Surety Bond may be required before any Cashier's Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT — CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

73-119/424

12631125

FIFTH THIRD BANK    CASHIER'S CHECK    January 10, 2008

Pay to the Order of: Ron Sachs Communications***    $******30,000.00

Amount: THIRTY THOUSAND 00/100 US DOLLARS

Drawn on: Fifth Third Bank, Kentucky, Inc
Lexington, KY
Transaction Number: 258083401
Cost Center: 44320
Memo: Fees-3 months
Purchased by: AEM, INC.

The purchase of a Surety Bond may be required before any Cashier's Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

Barbara Beasley
Authorized Signature

⑈12631125⑈ ⑆042101190⑆ 7380385059⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK

EXHIBIT 1
Blumberg No. 5119

Save this Copy for your records.



FIFTH THIRD BANK

12631138

CASHIER'S CHECK - Customer Receipt

January 10, 2008

Pay to the Order of: Ron Sachs Communications***

$*******30,000.00

Amount: THIRTY THOUSAND 00/100 US DOLLARS

Memo: Fees- 3 Months
Purchased by: AEM, Inc.
Transaction #: 300184124
Cost Center: 44320
Method of Purchase: Transfer

NON-NEGOTIABLE

The purchase of a Surety Bond may be required before any Cashier's Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

73-119/421

12631138

FIFTH THIRD BANK   CASHIER'S CHECK

January 10, 2008

Pay to the Order of: Ron Sachs Communications***

$*******30,000.00

Amount: THIRTY THOUSAND 00/100 US DOLLARS

Drawn on: Fifth Third Bank, Kentucky, Inc
Lexington, KY
Transaction Number: 300184124
Cost Center: 44320
Memo: Fees- 3 Months
Purchased by: AEM, Inc.

The purchase of a Surety Bond may be required before any Cashier's Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

Authorized Signature

⑈12631138⑈ ⑆042101190⑆ 7380385059⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK

**MIRABILIS VENTURES, INC.**
R.W. (Bill) Cuthill, Jr. President
341 N MAITLAND AVE, STE 210
MAITLAND, FL 32751
Telephone: 407-644-3781-235
Facsimile: 407-644-3943
rcuthill@msn.com
www.trusteeandexaminercuthill.com

July 29, 2008

Ron Sachs Communications
255 E Robinson St., Ste. 455
Orlando, FL 32801

RE: Payments from AEM, Inc.

Ladies and Gentlemen:

AEM, Inc. paid Ron Sachs Communications $60,000.00 in two cashiers checks dated January 10, 2008 for services. I believe these were for services for Mirabilis or one of its subsidiaries. Please provide me contracts or invoices for these services, which explain the services and which company they relate to.

Very truly yours,



R.W. (Bill) Cuthill, Jr., President

EXHIBIT 2