## CERTIFICATE OF SERVICE

I, __**Nicolette C. Vilmos, Esq.**__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint, a copy of the Notice of Pre-Trial Conference and a copy of the Notice of Cancelling and Rescheduling Pretrial Conference Hearing was made **June 1, 2010** by:

__X__ Mail service: (a) Certified Mail and (b) regular, first class United States mail, postage fully pre-paid, addressed to: Ron Sachs Communications, Inc., c/o Registered Agent: Ron Sachs, 303 Rosehill Drive E., Tallahassee, FL 32312.

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing to true and correct.

| June 1, 2010 | /s/ Nicolette C. Vilmos |
|---|---|
| Date | Signature |

| Print Name: Nicolette C. Vilmos, Esq. |
|---|
| Business Address  Broad and Cassel, 390 N. Orange Avenue, Suite 1400 |
| City              State      Zip<br>Orlando,         FL      32801 |

# U.S. Bankruptcy Court
## Middle District of Florida

In re:

MIRABILIS VENTURES, INC
Debtor

Bankruptcy Case No. **6:08-bk-04327-KSJ**

MIRABILIS VENTURES, INC.
Plaintiff

Adversary Proceeding No. **6:10-ap-00140-KSJ**

RON SACHS COMMUNICATIONS INC.
Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>135 West Central Boulevard, Suite 950<br>Orlando, FL 32801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Nicolette Corso Vilmos<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: 05/21/2010

*Lu Ann Bennett*
Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***
Click here to receive the second page of the summons (certificate of service).
**This certificate must be filed with the court after service has been made on the parties.**