UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:   6:08-bk-04327-KSJ |
| **MIRABILIS VENTURES, INC.,** | CHAPTER 11 |
| Debtor. | |
| _____/ | |
| **MIRABILIS VENTURES, INC.,** | Adversary Proc. No.:6:10-ap-00140-KSJ |
| Plaintiff, | |
| v. | |
| **RON SACHS COMMUNICATIONS INC.,** a Florida corporation, | |
| Defendant. | |
| _____/ | |

## MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Comes now counsel for Defendant and requests the Court to continue the Pre-Trial Conference presently scheduled for August 12, 2010 to a later date due to the fact that counsel for Defendant, Douglas L. Kilby, will be on a previously planned family vacation and out of the state on that date.

Respectfully submitted this 30th day of June, 2010.

_____
JAMES M. DONOHUE
Florida Bar No. 0191819
DOUGLAS L. KILBY
Florida Bar No. 0073407
Ausley & McMullen, P.A.
Post Office Box 391
Tallahassee, Florida 32302
(850) 224-9115; Fax (850) 222-7560
**Attorneys for Ron Sachs Communication Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Pre-Trial Conference has been furnished by U.S. Mail to Nicolette Corso Vilmos, 390 North Orange Ave., Suite 1400, Orlando, Fl 32801, this _____ day of June, 2010.

_____
Attorney