UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:   6:08-bk-04327-KSJ |
| **MIRABILIS VENTURES, INC.,** | CHAPTER 11 |
| Debtor. _____/ | |
| **MIRABILIS VENTURES, INC.,** | Adversary Proc. No.:6:10-ap-00140-KSJ |
| Plaintiff, v. | |
| **RON SACHS COMMUNICATIONS INC.,** a Florida corporation, | |
| Defendant. _____/ | |

ORDER GRANTING MOTION TO CONTINUE
HEARING AND RESCHEDULING PRE-TRIAL CONFERENCE

This adversary proceeding came on for consideration on a Motion to Continue Pre-Trial Conference scheduled for August 12, 2010 at 2:00 p.m. (Document No. 5), filed by counsel for Defendant, Ron Sachs Communications, Inc.; and

WHEREAS, there being no objections filed to the Motion, it is hereby

ORDERED:

1. The Motion to Continue is granted.

2. The Pre-Trial Conference in this matter is rescheduled for **Wednesday, September 15, 2010, at 11:00 a.m.** in Courtroom B, 5th Floor, 135 West Central Blvd., Orlando, FL  32801.

DONE and ORDERED on July 13, 2010.

_____
Hon. Karen S. Jennemann
United States Bankruptcy Court

copies to:
James M. Donohue, Esq.
Douglas L. Kilby, Esq.
Ausley & McMullen
P.O. Box 391
Tallahassee, Fl  32302

Nicolette Corso Vilmos, Esq.
390 North Orange Ave., Suite 1400
Orlando, Fl  32801