

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

10/20/2010 1:00 PM

COURTROOM Courtroom B, 5th Floor

HONORABLE KAREN JENNEMANN

CASE NUMBER:                                              FILING DATE:

6:08-bk-04327-KSJ                                         5/21/2010

ADVERSARY:   6:10-ap-00140-KSJ            **Pltf Atty:**   Nicolette Vilmos

**Dft Atty:** James Donohue

**DEBTOR:**         Mirabilis Ventures, Inc

**HEARING:**

MIRABILIS VENTURES, INC. -V- RON SACHS COMMUNICATIONS, INC.

"PRETRIAL CONFERENCE"

Motion to Dismiss Adversary Proceeding. Filed by Defendant (Doc #7)

**APPEARANCES:**
Nicolette Vilmos: Pltf
By Telephone:
Doug Kilby: Def

**WITNESSES:**
**NOTE:**

**RULING:**

Motion to Dismiss Adversary Proceeding. Filed by Defendant (Doc #7) - Granted pursuant terms discussed in open court; Adversary Proceeding is Dismissed. Order by Court

Pretrial Conference is Continued to 02/10/11 at 10:00 a.m. (AOCNFNG)

Proposed Orders should be submitted within three days after the date of the hearing - Local Rule 9072-1(c)