UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
)
MIRABILIS VENTURES, INC., ) Case No. 6:08-bk-04327-KSJ
) Chapter 11
Debtor. )
)

MIRABILIS VENTURES, INC., )
)
Plaintiff, ) Adversary No. 6:10-ap-140
vs. )
)
RON SACHS COMMUNICATIONS, INC., )
)
Defendant. )
)
)

ORDER GRANTING
MOTION TO DISMISS ADVERSARY PROCEEDING

This adversary proceeding came on for hearing on October 20, 2010, for a pretrial conference and to consider the defendant's Motion to Dismiss Adversary Proceeding (Doc. No. 7). After reviewing the pleadings and considering the position of interested parties, it is

ORDERED:

1. The Motion to Dismiss Adversary Proceeding (Doc. No. 7) is granted.

2. The Complaint (Doc. No. 1) is dismissed subject to the right of the plaintiff to file an amended complaint on or before **November 5, 2010**.

3. If an amended complaint is not timely filed, the Clerk is directed to dismiss this adversary proceeding.

4. If an amended complaint is timely filed, the defendant shall file a response on or before **December 3, 2010**.

5. A continued pretrial conference in this adversary proceeding is scheduled for **10:00 a.m. on February 10, 2011**.

DONE AND ORDERED in Orlando, Florida, on October 29, 2010.

KAREN S. JENNEMANN
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: aimeej              Page 1 of 1            Date Rcvd: Nov 01, 2010
Case: 10-00140                 Form ID: pdfdoc           Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 03, 2010.
```
dft         +Ron Sachs Communications Inc.,   303 Rosehill Drive East,    Tallahassee, FL 32312-8040
```
The following entities were noticed by electronic transmission on Nov 02, 2010.
```
pla         +E-mail/Text: rcuthill@msn.com                          Mirabilis Ventures, Inc.,
              c/o R.W. Cuthill, Jr.,   341 N Maitland Ave,   Suite 210,   Maitland, FL 32751-4771
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2010**                    **Signature:**         *Joseph Speetjens*